241 U. S.    Decisions on Petitions for Writs of Certiorari.

No. 901. C. W. JOHNSON, TRUSTEE, ETC., PETITIONER, *v.* LOUISVILLE WOOLEN MILLS. April 3, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. David A. Sachs* and *Mr. David A. Sachs, Jr.*, for the petitioner. *Mr. Keith L. Bullitt* for the respondent.

No. 909. GEORGE A. FULLER COMPANY, PETITIONER, *v.* OTIS ELEVATOR COMPANY. April 10, 1916. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia granted. *Mr. Edward S. Duvall, Jr.*, for the petitioner. *Mr. Frederic D. McKenney* and *Mr. John Spalding Flannery* for the respondent.

No. 911. CLARK PEASE ET AL., PETITIONERS, *v.* RATHBUN-JONES ENGINEERING COMPANY. April 10, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted. *Mr. E. C. Brandenburg* and *Mr. Perry J. Lewis* for the petitioners. No appearance for the respondent.

No. 924. VICTOR HERBERT ET AL., PETITIONERS, *v.* THE SHANLEY COMPANY. April 10, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Nathan Burkan* and *Mr. W. J. Hughes* for the petitioners. *Mr. Abraham S. Gilbert* for the respondent.

No. 930. THE JOHN CHURCH COMPANY, PETITIONER, *v.* HILLIARD HOTEL COMPANY ET AL. April 10, 1916. Peti-